**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **LARRY DILLARD,** | )<br>) |
| Plaintiff, | )<br>) Case No. CV 07-03487 AJW<br>) |
| v. | ) **J U D G M E N T**<br>) |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of the Social**<br>**Security Administration,** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and the case is remanded for the payment of benefits and for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

DATED: May 5, 2008

/ s /

_____
ANDREW J. WISTRICH
United States Magistrate Judge