1  LAURA KRANK
   ATTORNEY AT LAW: 220208
2  LAW OFFICES OF ROHLFING & KALAGIAN
   211 EAST OCEAN BLVD., SUITE 420
3  LONG BEACH, CA 90802
   562/437-7006
4  FAX: 562/432-2935
   Email: lekrank@hotmail.com

5  ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LARRY DILLARD | ) Case No.: CV 07-03487 AJW |
| Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS ($3,700.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: July 10, 2008

_____
THE HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

-1-